Case 3:19-cv-00073   Document 17   Filed on 09/25/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 25, 2020
David J. Bradley, Clerk

cUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KIRK L. BRANNAN, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19-CV-73 |
| U.S. BANK NATIONAL ASSOCIATION, *et al*, | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the court's order entered in this case granting summary-judgment to the defendants, judgment is entered for the defendants.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island on this 25th day of September, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE